Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (310) 437-8665
Facsimile: (310) 943-2085

*Attorneys for Plaintiffs,
BackGrid USA, Inc. and
BackGrid London Ltd.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BACKGRID USA, INC., a California corporation; and BACKGRID LONDON LTD., a UK limited company,<br><br>Plaintiffs,<br><br>v.<br><br>URBANLINX MEDIA, INC., a Canadian corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01976<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT**

Plaintiffs, BackGrid USA, Inc. and BackGrid London Ltd. (collectively, "BackGrid" or "Plaintiffs"), complain against Defendants Urbanlinx Media, Inc. ("Urbanlinx"), and Does 1-10 (collectively, "Defendants") as follows:

## JURISDICTION AND VENUE

1. This is a civil action against Defendants for acts of copyright infringement under the Copyright Act, 17 U.S.C. §§ 101, *et seq*. This Court has subject matter jurisdiction under 28 U.S.C. § 1331, 28 U.S.C. § 1332, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

2. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this judicial district, and on information and belief, the Defendants may be found in this judicial district and the injury suffered by Plaintiffs took place in this judicial district. Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California. On information and belief, Defendants regularly do business in Los Angeles, California. Among other things, Defendants' website HotNewHipHop.com contains advertisements targeted towards Southern California residents, and Defendants' staff, including Urbanlinx's director and producer of promotional content for social media, resides in Los Angeles. Moreover, Defendant Urbanlinx has been on notice of other copyright infringement disputes between it and BackGrid USA, Inc., and is on notice that BackGrid USA, Inc. is based in Los Angeles, California.

## PARTIES

3. Plaintiff BackGrid USA, Inc. ("BackGrid USA") is a California corporation with its principal place of business located in Los Angeles, California.

4. Plaintiff BackGrid London Ltd. ("BackGrid London") is a limited company formed under the laws of the United Kingdom, with its principal place of business in London, England.

5. On information and belief, Defendant Urbanlinx Media, Inc. ("Urbanlinx") is a Canadian corporation with its principal place of business in Quebec, Canada.

6. The true names or capacities, whether individual, corporate or otherwise, of the Defendants named herein as Does 1 through 10, inclusive, are unknown to Plaintiffs, who therefore sue said Defendants by such fictitious names. Plaintiffs will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.

## FACTS COMMON TO ALL COUNTS

*BackGrid and the Photographs that Frame This Dispute*

7. BackGrid USA and BackGrid London (collectively "BackGrid") own and operate one of Hollywood's largest celebrity-photograph agencies, earning a reputation of regularly breaking scoops on sought-after celebrity news. BackGrid owns the intellectual property rights, including the copyrights, to celebrity photographs that have been licensed to numerous top-tier outlets, such as TMZ, Entertainment Tonight, New York Post, People Magazine, Huffington Post, the Daily Mail, as well as many television stations, newspapers and other prominent media outlets throughout the world. Each license has been granted for valuable consideration, up to hundreds of thousands of dollars.

8. Among many other in-demand photographs, BackGrid USA owns a coveted photograph of North West showing support for her father, Kanye West, during a night out with Kanye West and Kim Kardashian (hereinafter the "BackGrid USA Photo"). All rights, title and interest in the BackGrid USA Photo are owned by BackGrid USA. BackGrid USA filed for copyright registration of the BackGrid USA Photo within 90 days of its first publication with the United States Copyright Office. The copyright registration number is VA0002395846.

9. BackGrid London owns the copyrights to a striking photograph of singer and fashion icon, Rihanna, in a gold Carnival costume (the "BackGrid

London Photo"). All rights, title and interest in the BackGrid London Photo are owned by BackGrid London. BackGrid London filed for copyright registration of the BackGrid London Photo within 90 days of its first publication with the United States Copyright Office. The copyright registration number is VA0002424590.

*Defendants and Their Willful Infringing Activity*

10. Defendant Urbanlinx owns the media platform HotNewHipHop ("HNHH"). It touts the HNHH platform as "the leading hip-hop news site on the Internet" and represents that there are over 12 million unique visitors to its website monthly, making it "an ideal platform to reach consumers and a top internet outlet to advertise brands, products and services, or to promote [a] new song, mixtape, album and music video releases." The platform features the HotNewHipHop.com website and social media accounts, including the Instagram account located at www.instagram.com/hotnewhiphop ("Instagram Account"). On information and belief, Defendants operate and control the HotNewHipHop Instagram Account to promote their brand and business. The Instagram Account has a blue checkmark verification, indicating that Instagram has verified the account as belonging to Defendants. The account has over 956,000 followers.

11. Defendants violated federal law by willfully infringing BackGrid USA's and BackGrid London's copyrights to at least two photographs on, at least, the Instagram Account. Attached hereto as **Exhibits A** (BackGrid USA Photo) and **B** (BackGrid London Photo), and incorporated herein by reference, are true and correct screenshots of Defendants' infringements.

12. Additionally, Defendants induced, caused, or materially contributed to the reproduction, distribution, and public display of the BackGrid USA Photo and the BackGrid London Photo and derivatives thereof, all while knowing or having reason to know of the infringement on their account was without permission, consent or license.  By uploading the BackGrid USA Photo and BackGrid London Photo to the account, Defendants encouraged their fans and followers to "share"

the photographs, causing others to also willfully infringe and multiplying the harm to BackGrid.

13. On information and belief, at all times, Defendants operate and control the Instagram Account and financially benefit from the infringement of BackGrid USA Photo and BackGrid London Photo displayed thereto. On information and belief, Defendants have driven significant traffic to their Instagram Account in large part due to the presence of the sought-after and searched-for BackGrid USA Photo and BackGrid London Photo that frame this dispute. All of this traffic translates into substantial ill-gotten commercial advantage and brand awareness as a direct consequence of their infringing actions.

14. Defendants are well-aware of the need to license BackGrid's photographs. Under circumstances not involving this dispute, Defendants and BackGrid USA, Inc. previously communicated regarding Defendants' unauthorized use of BackGrid's photographs on three separate occasions. Each of these instances involved different photographs that were exploited by Defendants prior to their infringement of the works that are at issue in this case.

15. In addition, BackGrid attempted to resolve this dispute prior to filing this Complaint.

## FIRST CLAIM FOR RELIEF

(Copyright Infringement, 17 U.S.C. § 501)

**BackGrid USA, Inc. Against All Defendants**

16. BackGrid USA incorporates by reference the allegations in paragraphs 1 through 15 above.

17. BackGrid USA is the owner of all rights, title, and interest in the copyrights of the BackGrid USA Photo that frames this dispute, which substantially consists of wholly original material and which is copyrightable subject matter under the laws of the United States.

18. BackGrid USA filed for copyright registration of the BackGrid USA Photo within 90 days of its first publication with the United States Copyright Office. *See* VA0002395846.

19. Defendants have directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid USA's copyrights by reproducing, displaying, distributing and utilizing the BackGrid USA Photo for purposes of trade in violation of 17 U.S.C. § 501 *et seq.*

20. All Defendants' acts are and were performed without permission, license or consent of BackGrid USA.

21. BackGrid USA has identified at least one instance of infringement by way of unlawful reproduction and display of BackGrid USA's photographs (as well as the unlawful facilitation of others' reproduction of its photographs).

22. As a result of the acts of Defendants alleged herein, BackGrid USA has suffered substantial economic damage.

23. Defendants have willfully infringed, and unless enjoined, will continue to infringe BackGrid USA's copyrights by knowingly reproducing, displaying, distributing and utilizing its photographs by, among other things, virtue of Defendants' encouragement of the infringement and financial benefit they receive from BackGrid USA's copyrights.

24. The wrongful acts of Defendants have caused, and are causing, injury to BackGrid USA, which cannot be accurately computed and unless this Court restrains Defendants from further commission of said acts, BackGrid USA will suffer irreparable injury, all of which it is without an adequate remedy at law. Accordingly, BackGrid USA seeks a declaration that Defendants are infringing BackGrid USA's copyrights, and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement.

25.　　The above-documented infringements alone would entitle BackGrid to a potential award of up to $150,000 in statutory damages for the infringed photograph, in addition to its attorneys' fees.

## SECOND CLAIM FOR RELIEF

### (Copyright Infringement, 17 U.S.C. § 501)

### Backgrid London Against All Defendants

26.　　BackGrid London incorporates by reference the allegations in paragraphs 1 through 25, above.

27.　　BackGrid London is the owner of all rights, title and interest in the copyrights of the BackGrid London Photo that frames this dispute, which substantially consists of wholly original material and which is copyrightable subject matter under the laws of the United States.

28.　　BackGrid London filed for copyright registration of the BackGrid London Photo within 90 days of its first publication with the United States Copyright Office. *See* VA0002424590.

29.　　Defendants have directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid London's copyrights by reproducing, displaying, distributing and utilizing the BackGrid London Photo for purposes of trade in violation of 17 U.S.C. § 501 *et seq.*

30.　　All of the Defendants' acts are and were performed without permission, license or consent of BackGrid London.

31.　　BackGrid London has identified at least one instance of infringement by way of unlawful reproduction and display of BackGrid London's photographs (as well as the unlawful facilitation of others' reproduction of its photographs).

32.　　As a result of the acts of Defendants alleged herein, BackGrid London has suffered substantial economic damage.

33.　　Defendants have willfully infringed, and unless enjoined, will continue to infringe BackGrid London's copyrights by knowingly reproducing,

displaying, distributing and utilizing its photographs by, among other things, virtue of Defendants' encouragement of the infringement and financial benefit they receive from BackGrid London's copyrights.

34. The wrongful acts of Defendants have caused, and are causing, injury to BackGrid London, which cannot be accurately computed and unless this Court restrains Defendants from further commission of said acts, BackGrid London will suffer irreparable injury, all of which it is without an adequate remedy at law. Accordingly, BackGrid London seeks a declaration that Defendants are infringing BackGrid London's copyrights, and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement.

35. The above-documented infringements alone would entitle BackGrid to a potential award of up to $150,000 in statutory damages for the infringed photograph, in addition to its attorneys' fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1. That the Defendants, and their officers, agents, servants, employees and representatives, and all persons in active concert or participation with them, be permanently enjoined from copying, reproducing, displaying, promoting, advertising, distributing or selling, or engaging in any other form of dealing or transaction in any and all of BackGrid's photographs;

2. That an accounting be made for all profits, income, receipts or other benefit derived by Defendants from the unlawful reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringe upon Plaintiffs' copyrights pursuant to 17 U.S.C. § 504 (a)(1) & (b);

3. For actual damages and disgorgement of all profits derived by Defendants from their acts of copyright infringement and for all damages suffered by BackGrid by reasons of Defendants' acts, under 17 U.S.C. § 504 (a)(1) & (b);

5. For statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. § 504(a)(2) & (c);

6. For reasonable attorneys' fees incurred herein pursuant to 17 U.S.C. § 505;

7. For costs and interest pursuant to 17 U.S.C. § 504 (a)(1) & (b), 17 U.S.C. § 505; and,

8. For any such other and further relief as the Court may deem just and appropriate.

Dated:  February 24, 2026                **ONE LLP**

By: */s/ Joanna Ardalan*
Joanna Ardalan

*Attorneys for Plaintiffs,
BackGrid USA, Inc. and
BackGrid London Ltd.*

**COMPLAINT**

# DEMAND FOR JURY TRIAL

Plaintiffs BackGrid USA, Inc. and BackGrid London Ltd. hereby demand trial by jury of all issues so triable under the law.

Dated: February 24, 2026         **ONE LLP**

By: <u>*/s/ Joanna Ardalan*</u>
    Joanna Ardalan

*Attorneys for Plaintiffs,
BackGrid USA, Inc. and
BackGrid London Ltd.*